IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW HILLMAN (01)<br>SEMYON NAROSOV (02) | NO. 3:18-CR-401-S<br><br>**ECF** |

MOTION TO DISMISS INDICTMENT AS TO THESE TWO DEFENDANTS

The Government moves to dismiss the indictment as to these defendants. Both of these defendants pleaded guilty in two other matters pending in the Northern District of Texas.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

s/ Chad E. Meacham
CHAD E. MEACHAM
Assistant United States Attorney
Texas State Bar No. 00784584
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8716 (telephone)
Fax: 214-659-8727 (facsimile)
Email: chad.meacham@usdoj.gov

Approved:

s/ Steve Fahey
Criminal Chief

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, and all attorneys of record will be notified by the ECF System.

s/ Chad E. Meacham
CHAD E. MEACHAM
Assistant United States Attorney